UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
SEP 20 2016
CLERK

| | |
|---|---|
| ANTHONY W. LOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>ARMOR MEDICAL and<br>MINNEHAHA COUNTY JAIL,<br><br>    Defendants. | 4:15-CV-04119-LLP<br><br><br><br>JUDGMENT |

Pursuant to the Order Adopting the Report and Recommendation and Dismissing the Case, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, Anthony W. Loyd.

Dated September 20, 2016.

BY THE COURT:

_____
LAWRENCE L. PIERSOL
UNITED STATES DISTRICT JUDGE